# United States District Court
## EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

RONALD F. SAVERIN,

       Plaintiff(s),

          v.                     CASE NUMBER:      4:09CV603 JCH

UNITED STATES OF AMERICA,
          Defendant(s).

☐      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒      **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS HEREBY ORDERED AND ADJUDGED** that a motion for judgment as a matter of law at the close of

Plaintiff Ronald Saverin's case was made by the Defendant United States of America, and Granted. IT IS FURTHER

ORDERED that the Defendant United States of America Counterclaim against Plaintiff Ronald Saverin is GRANTED.

James G. Woodward
CLERK

April 1, 2011
DATE

By: _____
C. Abrams
DEPUTY CLERK