# Heritage Reporting Corporation

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/9/2011 | 36609 |

**BILL TO**

DOJ, Tax Division
Attn: Sanquetta R. Slater
555 4th Street, NW
Washington, DC 20001

| Contract #/PO | | | | |
|---|---|---|---|---|
| | GS07F0064N | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 110125013 | Saverin v. USA/Depo of M. Monahan 4:09-CV-00603/Pages 1 - 358 St. Louis, MO | 358 | 4.22 | 1,510.76 |
| 110125013 | Saverin v. USA/Depo of M. Monahan-ETRANS CD | 358 | 2.85 | 1,020.30 |
| 110125013 | Saverin v. USA/Depo of M. Monahan-Exhibit Copies | 218 | 1.50 | 327.00 |
| 110125013 | Saverin v. USA/Depo of M. Monahan-Deposition Signature Fee | | 35.00 | 35.00 |
| 1 | Courier Delivery | | 28.75 | 28.75 |

FEB -8 2011

**Government Exhibit**
A

| | Total | $2,921.81 |
|---|---|---|

**Heritage Reporting Corporation**

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/9/2011 | 36610 |

**BILL TO**

DOJ, Tax Division
Attn: Sanquetta R. Slater
555 4th Street, NW
Washington, DC 20001

| Contract #/PO | | | | |
|---|---|---|---|---|
| | GS07F0064N | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 110124011 | Saverin v. USA/Depo of M. Uelk<br>4:09-CV-00603/Pages 1 - 125<br>St. Louis, MO | 125 | 4.22 | 527.50 |
| 110124011 | Saverin v. USA/Depo of M. Uelk-ETRANS CD | 125 | 2.85 | 356.25 |
| 110124011 | Saverin v. USA/Depo of M. Uelk-Exhibit Copies | 18 | 1.50 | 27.00 |
| 110124011 | Saverin v. USA/Depo of M. Uelk-Deposition Signature Fee | | 35.00 | 35.00 |
| 1 | Courier Delivery | | 28.75 | 28.75 |

FEB -8 2011

**Total** $974.50

**Heritage Reporting Corporation**

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/24/2011 | 36744 |

| BILL TO |
|---|
| DOJ, Tax Division<br>Attn: Sanquetta R. Slater<br>555 4th Street, NW<br>Washington, DC 20001 |

| Contract #/PO | | | | |
|---|---|---|---|---|
| | GS07F0064N | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 110208010 | Saverin v. US/Depo of Ronald Saverin<br>4:09-CV-00603/Pages 1 - 360<br>St. Louis, MO | 360 | 4.22 | 1,519.20 |
| 110208010 | Saverin v. US/Depo of Ronald Saverin-ETRANS CD | 360 | 2.85 | 1,026.00 |
| 110208010 | Saverin v. US/Depo of Ronald Saverin-Exhibits | 69 | 1.50 | 103.50 |
| 110208010 | Saverin v. US/Depo of Ronald Saverin-Deposition Signature Fee | | 35.00 | 35.00 |
| 1 | Courier Delivery | | 28.75 | 28.75 |

FEB 24 2011

**Total** $2,712.45

# Heritage Reporting Corporation

1220 L Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/24/2011 | 36747 |

**BILL TO**

DOJ, Tax Division
Attn: Sanquetta R. Slater
555 4th Street, NW
Washington, DC 20001

| Contract #/PO | | | | | |
|---|---|---|---|---|---|
| | GS07F0064N | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 110207010 | Saverin v. USA/Depo of Kerry Malley<br>4:09-CV-00603/Pages 1 - 146<br>St. Louis, MO | 146 | 4.22 | 616.12 |
| 110207010 | Saverin v. USA/Depo of Kerry Malley-ETRANS CD | 146 | 2.85 | 416.10 |
| 110207010 | Saverin v. USA/Depo of Kerry Malley-Exhibits | 29 | 1.50 | 43.50 |
| 110207010 | Saverin v. USA/Depo of Kerry Malley-Deposition Signature Fee | | 35.00 | 35.00 |
| 110207010 | Saverin v. USA/Depo of Curtis Blackford<br>4:09-CV-00603/Pages 1 - 6<br>St. Louis, MO | 6 | | |
| 110207010 | Saverin v. USA/Depo of Curtis Blackford-MINIMUM | | 100.24 | 100.24 |
| 110207010 | Saverin v. USA/Depo of Curtis Blackford-ETRANS CD | 6 | 2.85 | 17.10 |
| 110207010 | Saverin v. USA/Depo of Curtis Blackford-Deposition Signature Fee | | 35.00 | 35.00 |
| 1 | Courier Delivery | | 28.75 | 28.75 |

FEB 24 2011

**Total** $1,291.81