IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD SAVERIN<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>    Counterclaim Plaintiff<br>v.<br><br>RONALD SAVERIN<br><br>    Counterclaim Defendant<br>and<br><br>DAVID SAVERIN<br>    Counterclaim Defendant. | Civil No. 4:09-CV-00603-jch<br><br><br><br><br><br>Jury Trial Demanded |

## JUDGMENT

Pursuant to the Court's order granting the United States' Motion for Judgment as a Matter of Law (Dkt. No. 93) as to plaintiff Ronald Saverin's claims and defendant, United States' counterclaim, it is HEREBY ORDERED and ADJUDGED that:

Ronald Saverin is not entitled to a refund of the trust fund recovery penalties equal to $6450.00 that he paid to the IRS on March 27, 2008; and IT IS FURTHER ORDERED that

Judgment is entered in favor of the United States of America and against Ronald Saverin in the amount of $1,125,574.95, plus interest which accrues from the dates of assessment.


Dated this 25th day of April, 2011.

*[signature]*
JUDGE JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE